NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Pinnacle Madison Avenue Corporation v. Italian Trade Agency   Docket No.: 25-1372

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Masha G Hansford

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 2001 K Street, NW, Washington, DC 20006

Telephone: (202) 419-7147   Fax: (202) 379-4217

E-mail: mhansford@paulweiss.com

Appearance for: Pinnacle Madison Avenue Corporation, Petitioner-Appellee
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Eddy Salcedo; Seyfarth Shaw LLP )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 9/23/2025   OR

☐ I applied for admission on .

Signature of Counsel: /s/ Masha G. Hansford

Type or Print Name: Masha G. Hansford