

September 25, 2025

Ms. Catherine O'Hagan Wolfe
Clerk of The Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**VIA ACMS**

**Re: Pinnacle Madison Avenue Corporation v. Italian Trade Agency (ITA), 25-1372-cv**

Dear Ms. Wolfe:

Please be informed that this firm, Melchionna PLLC, does not longer represent the Italian Trade Agency (ITA). I respectfully request and provide consent to the substitution of counsel and appearance of Mr. George Sitaras and the law firm Sitaras and Associates PLLC as counsel for ITA.

Respectfully submitted,

Melchionna PLLC
*/s/ Luca CM Melchionna*
Luca CM Melchionna, Esq.

437 Madison Avenue, 24 Floor, New York, NY 10022 – info@melchionnalaw.com Tel. 212-344-7776